RECEIVED
SDNY PRO SE OFFICE
2022 FEB 15 AM 11: 50

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID K. PORATH

_____

Write the full name of each plaintiff.

_____CV_____
(Include case number if one has been assigned)

-against-

City of New York
Director, Department Homeless Services
Director Bellevue Shelter System
N.Y.S. Parole Officer Akanene

Write the full name of each defendant. If you cannot fit the names of all of the defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed above must be identical to those contained in Section IV.

**COMPLAINT**
(Prisoner)

Do you want a jury trial?
☒ Yes   ☐ No

---

**NOTICE**

The public can access electronic court files. For privacy and security reasons, papers filed with the court should therefore *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number. See Federal Rule of Civil Procedure 5.2.

Rev. 5/20/16

I. **LEGAL BASIS FOR CLAIM**

State below the federal legal basis for your claim, if known. This form is designed primarily for prisoners challenging the constitutionality of their conditions of confinement; those claims are often brought under 42 U.S.C. § 1983 (against state, county, or municipal defendants) or in a "*Bivens*" action (against federal defendants).

☐ Violation of my federal constitutional rights

☒ Other: Defimation of charector, Slander, false Accusations

II. **PLAINTIFF INFORMATION**

Each plaintiff must provide the following information. Attach additional pages if necessary.

David        K.        Porath
First Name    Middle Initial    Last Name

State any other names (or different forms of your name) you have ever used, including any name you have used in previously filing a lawsuit.

N.Y.S. Dept Corrections latest ID# 11-A-0720
Prisoner ID # (if you have previously been in another agency's custody, please specify each agency and the ID number (such as your DIN or NYSID) under which you were held)

Rikers Island Booking # 241210 2498
Current Place of Detention

16-06 Hazen ST West facility
Institutional Address

East Elmhurst        NY        11370
County, City        State        Zip Code

III. **PRISONER STATUS**

Indicate below whether you are a prisoner or other confined person:

☐ Pretrial detainee
☐ Civilly committed detainee
☐ Immigration detainee
☐ Convicted and sentenced prisoner
☒ Other: Parole Violation Detainee

Page 2

## IV. DEFENDANT INFORMATION

To the best of your ability, provide the following information for each defendant. If the correct information is not provided, it could delay or prevent service of the complaint on the defendant. Make sure that the defendants listed below are identical to those listed in the caption. Attach additional pages as necessary.

Defendant 1: CITY OF NEW YORK
First Name    Last Name    Shield #

Current Job Title (or other identifying information)

Current Work Address

County, City    State    Zip Code

Defendant 2: Department
First Name    Last Name    Shield #

Commissioner; Homeless Services City of New York
Director
Current Job Title (or other identifying information)

Current Work Address

County, City    State    Zip Code

Defendant 3:
First Name    Last Name    Shield #

Director Bellevue Shelter N.Y.C
Current Job Title (or other identifying information)

400 E. 30Th St NY NY
Current Work Address

County, City    State    Zip Code

Defendant 4: ?   Parole Officer  AKANEME
First Name    Last Name    Shield #

Parole Officer
Current Job Title (or other identifying information)

82 Lincoln Ave
Current Work Address

Bronx    NY
County, City    State    Zip Code

Page 3

## V. STATEMENT OF CLAIM

Place(s) of occurrence: Bellevue Shelter 400 E. 30Th St NY NY
Parole office 82 Lincoln Ave Bronx NY

Date(s) of occurrence: (3 to 5 Times) Nov-Dec 2019 / April-May 2020 / Sept-Oct 2020 / Jan-Feb 2021 / ~~of September 2020~~ of September 2021

## FACTS:

State here briefly the FACTS that support your case. Describe what happened, how you were harmed, and how each defendant was personally involved in the alleged wrongful actions. Attach additional pages as necessary. I am a parolee, who did time for burglary, and have never had any type of crime or allegation of any sort, of any nature, placed upon me for a sex offense. My parole officer Akaneme, directed me on numerous occasions to go to bellevue shelter system, each and every time i went there, "intake" told me i had to go to Schorwks Island, and i could not stay at Bellevue because i am a sex offender. Each time i explained to Bellevue and explained to them and made diligent efforts by showing intake my parole papers no good i was still directed to Schorwks Island because im a alleged Sex offender." I went to Parole officer Akaneme numerous times with this and tried explaining this issue he did not beleive me nor did he look into it as late as Sept 20Th, 21st, further nullifying this complaint. Had the parole officer went to Bellevue other than to check if i was there, This issue would have been Resolved without any court proceedings. I further state that computer Records will not lie, and the legal aid society was able to confirm Bellevue had me listed as a sex offender. Parole and Bellevue have refused to correct this grave and harmful error. So as a Result I have

Page 4

Refused to go somewhere under the pretense of being a sex offender, as parole has directed me to do further adding to the complexity of this complaint. What is clear is that this complaint will prove that Bellevue HAS and or had me down as a known sex offender creating a gross negligent error, further multiplied when parole did nothing to correct this. Records, dates, computer records, and court hearings will not Lie...
I state this complaint true under penalty of Perjury

**INJURIES:**

If you were injured as a result of these actions, describe your injuries and what medical treatment, if any, you required and received.

Mental anguish, pain suffering, defamation of character, slander, and physical suffering of being (incarcerated) due to refusing to adhere to go Bellevue under the pretense of a sex offender, as parole directed

## VI.  RELIEF

State briefly what money damages or other relief you want the court to order.

250,000.00 for defamation of character
250,000.00 for pain and suffering
250,000.00 for slander
TOTAL ** Seven Hundred and fifty thousand dollars **
for the courts to direct I be assigned different parole to avoid any type of retaliation, where they are known to act in a primitive and barbaric manner and any other relief the court may deem just and proper.
I further request judicial intervention in this matter

## VII. PLAINTIFF'S CERTIFICATION AND WARNINGS

By signing below, I certify to the best of my knowledge, information, and belief that: (1) the complaint is not being presented for an improper purpose (such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation); (2) the claims are supported by existing law or by a nonfrivolous argument to change existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Federal Rule of Civil Procedure 11.

I understand that if I file three or more cases while I am a prisoner that are dismissed as frivolous, malicious, or for failure to state a claim, I may be denied *in forma pauperis* status in future cases.

I also understand that prisoners must exhaust administrative procedures before filing an action in federal court about prison conditions, 42 U.S.C. § 1997e(a), and that my case may be dismissed if I have not exhausted administrative remedies as required.

I agree to provide the Clerk's Office with any changes to my address. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Each Plaintiff must sign and date the complaint. Attach additional pages if necessary. If seeking to proceed without prepayment of fees, each plaintiff must also submit an IFP application.

Dated: February 10th, 2022

Plaintiff's Signature: David Porath

First Name: David
Middle Initial: K
Last Name: Porath

Prison Address: 16-06 Hazen ST West Facility

County, City: East Elmhurst
State: NY
Zip Code: 11370

Date on which I am delivering this complaint to prison authorities for mailing: Saturday February 12th

Page 6

TO: CLERK OF COURT                    February 10th, 2022
J. MICHAEL McMAHON
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT of NEW YORK
Daniel Patrick Moynihan United States Courthouse
500 Pearl Street Room 230
NEW YORK, NEW YORK 10007

FROM  DAVID K. PORATH  241 210 2498
16-06 HAZEN ST West Facility
East Elmhurst N.Y 11370

SIR,
    Enclosed is my complaint. Can the court please notify me if I have filed improperly or failed to state a cause of action, or otherwise improperly filed...
    Thank you kindly

Respectfully,
David Porath

DAVID POYNTA 24121022498
16-06 HAZEN ST West FACILITY
EAST ELMHURST NY 11370

RECEIVED
SDNY PRO SE OFFICE
2022 FEB 15 AM 11:04

** LEGAL MAIL **
MAILED 2/10/22

(PRO SE OFFICE)
TO: UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
DANIEL PATRICK MOYNIHAN UNITED STATES COURTHOUSE
500 PEARL STREET ROOM 230
NEW YORK NEW YORK
10007