UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                     :

DAVID K. PORATH,                            :

                       Plaintiff,       :

                                            :          22 Civ. 1302 (JPC)

        -v-                        :

                                            :          <u>ORDER</u>

CITY OF NEW YORK, *et al.*,           :

                                            :

                    Defendants.     :

                                            :
-------------------------------------------------------------------X

JOHN P. CRONAN, United States District Judge:

      In a letter dated March 26, 2022, the *pro se* Plaintiff asked the Court to "return[]" the Amended Complaint that he filed on March 23, 2022 so that he could "resubmit[] [the Amended Complaint] in the proper format and time frame." Dkt. 11. The Court construes the letter as asking the Court to strike the Amended Complaint at Docket Number 10, which the Court grants. Plaintiff shall file his revised Amended Complaint by May 1, 2022.

      The March 26 letter also asked the Court to order that "a motions guide" be sent to the *pro se* Plaintiff. Dkt. 11. But the Court document attached to Plaintiff's letter details that a *pro se* Motions Guide is "available only if the judge has entered an order of service *and* the guide was not included in the information package sent to" the plaintiff. Dkt. 11 at 2 (emphasis added). The Information Package mailed to the *pro se* Plaintiff on March 14, 2022 included the requested Motions Guide. *See* Dkt. 8. Still, the Court will grant Plaintiff's request that the Court send him another *pro se* Motions Guide.

The Clerk of the Court is respectfully directed to mail a copy of this Order to the *pro se* Plaintiff along with mailing him another copy of the *pro se* Motions Guide.  The Clerk of the Court is also respectfully directed to strike the Amended Complaint at Docket Number 10.

SO ORDERED.

Dated: April 1, 2022
       New York, New York

_____
JOHN P. CRONAN
United States District Judge