UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID K. PORATH,

                              Plaintiff,

        -v-                                                    CIVIL ACTION NO.: 22 Civ. 1302 (JPC) (SLC)

CITY OF NEW YORK, DIRECTOR, BELLEVUE                                   **ORDER**
SHELTER SYSTEM, and N.Y.S. PAROLE OFFICER
AKANEME,

                              Defendants.

**SARAH L. CAVE**, United States Magistrate Judge:

        In response to the letter (ECF No. 58) from pro se Plaintiff David K. Porath ("Mr. Porath")

stating, inter alia, that he "stands by his [first] amended complaint" (the "FAC"), and Defendant

Parole Officer Akaneme's letter (ECF No. 59) requesting a briefing schedule for Defendants'

anticipated motions to dismiss the FAC (the "Motions"), the Court orders as follows:

1.  By **June 2, 2023**, Defendants shall serve and file their Motions.

2.  By **July 7, 2023**, Mr. Porath shall file his opposition to the Motions.

3.  By **July 21, 2023**, Defendants shall file their replies, if any.

        Mr. Porath is warned that that failure to oppose the Motions will result in the Court ruling

on the Motions based on Defendants' submissions alone and may result in dismissal of this action

with prejudice.

        Mr. Porath is also advised of his ability to seek free legal advice from the New York Legal

Assistance Group's legal clinic for pro se litigants, by visiting its website at nylag.org/pro-se-clinic/

or by calling (212) 659-6190.  This clinic is not part of or run by the Court and it cannot accept

filings on behalf of the Court.

The Clerk of Court is respectfully directed to mail a copy of this Order to Mr. Porath.

Dated:          New York, New York
                April 12, 2023

SO ORDERED.

**SARAH L. CAVE**
**United States Magistrate Judge**