UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

DAVID K. PORATH,

                      Plaintiff,

  -v-

CITY OF NEW YORK, DIRECTOR, BELLEVUE SHELTER SYSTEM, and N.Y.S. PAROLE OFFICER AKANEME,

                      Defendants.

CIVIL ACTION NO.: 22 Civ. 1302 (JPC) (SLC)

**ORDER**

---

**SARAH L. CAVE**, United States Magistrate Judge:

On June 2, 2023, Defendants filed motions to dismiss pro se Plaintiff David K. Porath's First Amended Complaint. (ECF Nos. 61; 63 (the "Motions")). Pursuant to the Court's April 12, 2023 scheduling order, Mr. Porath's deadline to file his opposition to the Motions (the "Opposition") was July 7, 2023. (ECF No. 60). To date, however, Mr. Porath has not filed the Opposition, requested an extension of time to do so, or otherwise communicated with the Court. Given Mr. Porath's pro se status, the Court will afford him **one final opportunity** to respond to the Motions, and orders as follows:

1. By **August 9, 2023**, Mr. Porath shall file his Opposition. Mr. Porath is warned that that **failure to file the Opposition will result in the Court ruling on the Motions based on Defendants' submissions alone and may result in of the Court granting the Motions and dismissing this action with prejudice**.

2. If Mr. Porath files the Opposition, Defendants shall serve and file their replies, if any, by **August 23, 2023**.

The Court reminds Mr. Porath of his ability to seek free legal advice from the New York Legal Assistance Group's legal clinic for pro se litigants, by visiting its website at nylag.org/pro-se-

clinic/ or by calling (212) 659-6190.  This clinic is not part of or run by the Court and it cannot accept filings on behalf of the Court.

The Clerk of Court is respectfully directed to mail a copy of this order to Mr. Porath.

Dated:   New York, New York
         July 20, 2023

SO ORDERED.

*Sarah Cave*

**SARAH L. CAVE**
**United States Magistrate Judge**