UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
          :
DAVID K. PORATH,          :
          :
                  Plaintiff,          :        22 Civ. 1302 (JPC) (SLC)
          :
                  -v-          :        <u>ORDER</u>
          :
CITY OF NEW YORK *et al.*,          :
          :
                  Defendants.          :
          :
------------------------------------------------------------------------ X

JOHN P. CRONAN, United States District Judge:

      On January 11, 2024, the Court issued an Order that adopted Judge Cave's Report and Recommendation and provided Plaintiff with an opportunity to file a second amended complaint by February 12, 2024. Dkt. 78 ("Order") at 2. The Order also warned Plaintiff that the Court would dismiss this case if he failed to file a second amended complaint or obtain an extension of his time to do so by the February 12, 2024 deadline. *Id.* That deadline has passed, yet the docket does not reflect any response by Plaintiff. The Court therefore dismisses this case. The Clerk of Court is respectfully directed to close this case and to mail a copy of this Order to Plaintiff.

      SO ORDERED.

Dated: February 15, 2024
       New York, New York

                                                JOHN P. CRONAN
                                                United States District Judge