**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------------X
DAVID K. PORATH,

                  Plaintiff,                         22 **CIVIL** 1302 (JPC)

       -against-                               **JUDGMENT**

CITY OF NEW YORK et al.,

                  Defendants.
-------------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Orders dated January 11, 2024 and February 15, 2024, the Court adopts the Report and Recommendation in its entirety and dismisses the Amended Complaint without prejudice, except for the claims against Bellevue, which are dismissed with prejudice; accordingly, the case is closed.

**Dated:** New York, New York

      February 16, 2024

                                                     **RUBY J. KRAJICK**
                                                       **Clerk of Court**
                               **BY:**

                                                      **Deputy Clerk**